Frederick W. CORBETT,
Plaintiff—Appellant,

v.

State of NORTH CAROLINA; Raymond Smith, in his official capacity as Superintendent of Caswell Correctional Center, Defendants—Appellees.

No. 05–6821.

United States Court of Appeals, Fourth Circuit.

Submitted: Oct. 21, 2005.

Decided: Nov. 2, 2005.

Frederick W. Corbett, Appellant Pro Se.

Before WILKINSON and WILLIAMS, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Frederick W. Corbett appeals the district court's order adopting the recommendation of the magistrate judge and dismissing without prejudice Corbett's Complaint for Declaratory Judgment. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Corbett v. North Carolina,* No. CA–04–875–1 (M.D.N.C. filed Apr. 22,

**154**

2005; entered Apr. 25, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*